# COMPLAINT OF DISCRIMINATION IN EMPLOYMENT
## MAINE HUMAN RIGHTS COMMISSION

I also want this filed with the U.S. Equal Employment Opportunity Commission (EEOC) ☒

I want this filed only with MHRC ☐

**COMPLAINANT** Name (indicate Mr., Ms., Mx.) *If more than 1, list under PARTICULARS below*
Pamala S. Pellon-Irwin

Best Contact Phone #
c/o (207) 623-5110

Mailing Address, including city, state and ZIP code
PO Box 967, Brewer, ME 04412

Email address
dwebbert@work.law; rschmitz@work.law

**RESPONDENT(S)** [This is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me.] *If more than 2, list under PARTICULARS below.*

**RESPONDENT #1 Name**
Northern Light Health – Mayo Hospital

# Employees/Mem.   500+

Phone # (with Area Code)

Mailing Address, including city, state and ZIP code
897 W. Main Street, Dover, Foxcroft, ME 04426

**RESPONDENT #2 Name**

# Employees/Mem.

Phone # (with Area Code)

Mailing Address, including city, state and ZIP code

**CAUSE OF DISCRIMINATION** based on: [Check appropriate box(es)]
- ☐ Age [D.O.B. ___/___/___]
- ☐ National Origin   ☒ Sex
- ☐ Physical or Mental Disability
- ☐ Sexual Orientation   ☐ Race
- ☐ Religion   ☒ Whistleblowers' Retaliation
- ☒ MHRA Retaliation   ☐ Ancestry   ☐ Color
- ☐ Workers' Compensation Retaliation
- ☐ Other (please specify): _____

**DATE DISCRIMINATION TOOK PLACE**
01/01/2018    04/27/2022
Earliest date    Latest date

**CONTINUING ACTION?** ✓ if yes

**THE PARTICULARS ARE:**   *(If additional paper is needed, attach extra sheet(s))*

See Attachment.

I am being represented by:

David G. Webbert, Esq.
Ryan M. Schmitz, Esq.
Johnson & Webbert, LLP
1 Bowdoin Mill Island, Ste. 300
Topsham, Maine 04086
Tel: 207-623-5110;  Fax: 207-622-4160
dwebbert@work.law
rschmitz@work.law

*RECEIVED on FEB 24 2023 by Maine Human Rights Commission*

By signing below, I* agree: (1) I will not make public any information that I learn through the investigation of this complaint until the MHRC's investigation is complete, and (2) I will not make public at all the names of any third persons that I learn during investigation of this Complaint; and (3) I will advise the EEOC and MHRC if I change my contact information, and I will cooperate fully with them in the processing of my complaint in accordance with their procedures; and (4) if this case relates to a disability I will complete and sign the medical authorization on the second page of this Complaint.  *The signature must be that of the Complainant. The signature of an attorney is not acceptable.

!THE FOLLOWING SECTION MUST BE COMPLETED IN THE COMPANY OF A LICENSED MAINE NOTARY/ATTORNEY!

I swear or affirm under penalty of perjury that the above complaint is true and correct to the best of my knowledge, information and belief.
Complainant signature: [signature]   Date: 2/21/2023

Notary/Attorney: Subscribed and sworn and subscribed before me, Ryan M. Schmitz , this 2/21/2023
(Printed Name)
Signature of Notary Public/Attorney: [signature]   My Commission Expires: ___/___/___